JERRY S. BUSBY
Nevada Bar #001107
SCOTT L. STONEHOCKER
Nevada Bar #005512
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
sstonehocker@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELVIRA ANN GUTIERREZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., SUNRISE I LLC; SUNRISE II LLC; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00133-JAD-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**WHEREAS** all Parties and their respective counsel have agreed upon a full and final settlement of this case:

**IT IS HEREBY STIPULATED AND AGREED** by and between Pooja Kumar, Esq. of the law firm of COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Brandon Smith, Esq. of the law firm of LADAH LAW FIRM as counsel of record for Plaintiff ELVIRA ANN GUTIERREZ as follows:

1.    That the claims herein of Plaintiff ELVIRA ANN GUTIERREZ against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

NG-C2N3CBX6 4911-8313-2592.1

2.   That there is no trial date set for this matter.

**IT IS SO STIPULATED.**

DATED this 7th_day of July, 2026.

**LADAH LAW FIRM**

*/s/ Brandon P. Smith*
_____
RAMZY P. LADAH, ESQ.
Nevada Bar No. 11405
BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
517 South Third Street
Las Vegas, Nevada 89101
(702) 252-0055
Attorneys for Plaintiff
Elvira Ann Gutierrez

DATED this 7th day of July, 2026.

**COOPER LEVENSON, P.A.**

*/s/ Jerry S. Busby*
_____
JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
SCOTT L. STONEHOCKER, ESQ.
Nevada Bar No. 05512
POOJA KUMAR, ESQ.
Nevada Bar No. 12988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
Smith's Food & Drug Centers, Inc.

## ORDER

Based on the parties' stipulation [ECF No. 25] and good cause appearing, IT IS HEREBY

ORDERED that **this action is DISMISSED** with prejudice, each side to bear its own fees and costs.

The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 8, 2026

2